**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PIONEER NAVIGATION LTD.,
                      Plaintiff,

-against-

CHEMICAL EQUIPMENT LABS, INC.,
                      Defendant.
-----------------------------------------------------------X

19 CIVIL 2938 (GHW) (SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 3, 2020, the Court accepts and adopts the thorough and well-reasoned Report and Recommendation in its entirety; Petitioner's petition to confirm the arbitration award is granted, CEL's motion to vacate the arbitration award is denied, and the Final Award is confirmed; judgment is entered in favor of Petitioner; accordingly, this case is closed.

**Dated**: New York, New York
         March 3, 2020

                                       RUBY J. KRAJICK
                                       Clerk of Court
                     BY:
                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/3/2020