UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PIONEER NAVIGATION LTD.,
        Petitioner,

        -against-

CHEMICAL EQUIPMENT LABS, INC.,
        Respondent.
-----------------------------------------------------------X

19 **CIVIL** 2938 (GHW)

**AMENDED JUDGMENT**

      Pioneer Navigation Ltd. ("Pioneer"), having moved to confirm an January 31, 2019 Final Award obtained against Chemical Equipment Labs, Inc. ("CEL") pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. §§ 201-208, and the Federal Arbitration Act, 9 U.S.C. §§ 1-16, and the matter having come before the Honorable Gregory H. Woods, United States District Judge, and the Court, on March 3, 2020 having issued its Memorandum Opinion and Order, denying CEL's motion to vacate the Final Award and granting Pioneer's motion to confirm the Final Award, which awarded Pioneer a total of $880,418.88, comprised of $598,721.54 for Breach of Charter Party, $96,197.34 in interest, $127,000 in attorneys' fees and expenses, and $58,500 in arbitral fees and expenses (none of which has been paid by CEL to date) and which provided that if payment has not been made within 30 days from the date of this Final Award, interest at the commercial prime rate posted by the Federal Reserve Bank will resume on the principal amount until the Award shall be satisfied or reduced to judgment, whichever first occurs, and the Court, having directing the Clerk of Court to enter judgment in favor of the Pioneer and Against CEL, it is,

      **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum and Order dated March 3, 2020, Pioneer's Petition is granted, CEL's motion to vacate is denied, the Final Award is confirmed, and

522017.1

judgment is hereby entered in favor of Pioneer and against CEL in the amount of $$914,318.58.

Dated: New York, New York
       March 3, 2020

                                               RUBY J. KRAJICK
                                               Clerk of Court
                                    By:   *David J. Thomas* (signature)
                                               Deputy Clerk